No. 97–954. HETZEL v. PRINCE WILLIAM COUNTY, VIRGINIA, ET AL., 523 U. S. 208; and

No. 97–1361. BRONX HOUSEHOLD OF FAITH ET AL. v. BOARD OF EDUCATION OF THE CITY OF NEW YORK ET AL., 523 U. S. 1074. Motions for leave to file petitions for rehearing denied.

No. 97–8042. DIAS v. BOGINS, 523 U. S. 1103. Petition for rehearing denied. JUSTICE SOUTER took no part in the consideration or decision of this petition.

JUNE 16, 1998

No. 97–9170 (A–928). EATON v. ANGELONE, DIRECTOR, VIRGINIA DEPARTMENT OF CORRECTIONS. C. A. 4th Cir. Application for stay of execution of sentence of death, presented to THE CHIEF JUSTICE, and by him referred to the Court, denied. Certiorari denied. JUSTICE STEVENS and JUSTICE GINSBURG would grant the application for stay of execution.

JUNE 18, 1998

No. A–959 (97–9567). WILLIAMS v. CAIN, WARDEN. C. A. 5th Cir. Application for stay of execution of sentence of death, presented to JUSTICE SCALIA, and by him referred to the Court, granted pending the disposition of the petition for writ of certiorari. Should the petition for writ of certiorari be denied, this stay shall terminate automatically. In the event the petition for writ of certiorari is granted, the stay shall continue pending the sending down of the judgment of this Court.

No. 97–9570 (A–960). WILLIAMS v. LOUISIANA. Sup. Ct. La. Application for stay of execution of sentence of death, presented to JUSTICE SCALIA, and by him referred to the Court, denied. Certiorari denied.

No. 97–9589 (A–962). WILLIAMS v. CAIN, WARDEN. C. A. 5th Cir. Application for stay of execution of death, presented to JUSTICE SCALIA, and by him referred to the Court, denied. Certiorari denied. JUSTICE STEVENS and JUSTICE GINSBURG would grant the application for stay of execution.